

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

ROBERTO A. GUTIERREZ, §     No. 08-17-00116-CR

                    Appellant, §          Appeal from the

v. §     210th District Court

THE STATE OF TEXAS, §     of El Paso County, Texas

                    State. §     (TC# 20160D04381)

§

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **May 17, 2018.**  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime E. Gandara, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before May 17, 2018.

IT IS SO ORDERED this 16th day of April, 2018.


PER CURIAM


Before McClure, C.J., Rodriguez and Palafox, JJ.